**Corey T. BUCKLEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 101146**

Missouri Court of Appeals,
Eastern District,
**DIVISION THREE.**

FILED: April 21, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied June 3, 2015

Amy E. Lowe, Assistant Public Defender, Office of the Missouri Public Defender, 1010 Market Street, Suite 1100, St. Louis, Missouri 63101, for Appellant.

Chris Koster, Attorney General, Rachel Flaster, Assistant Attorney General, P.O.

Box 899, Jefferson City, Missouri 65102, for Respondent.

Before: Kurt S. Odenwald, P.J., Robert G. Dowd, Jr., J., and Gary M. Gaertner, Jr., J.

*ORDER*

PER CURIAM.

Appellant Corey Buckley ("Buckley") appeals from the judgment of the motion court denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. On appeal, Buckley claims the motion court clearly erred in denying his motion for post-conviction relief because he was denied constitutionally effective assistance of counsel. Specifically, Buckley claims that plea counsel affirmatively misrepresented that Buckley would be eligible for parole after serving 25% of his eighteen year sentence when an actual estimate of his parole eligibility is at 35–40% of his sentence. Buckley asserts that he relied on this misinformation in entering his guilty plea, rendering his plea involuntary and unknowing.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for our decision. We affirm the judgment of the motion court pursuant to Rule 30.25(b).